IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LINDA C. FAIGEN,                                                   No. 03:11-CV-219-JE

                Plaintiff,                                              ORDER

      v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                Defendant.

Alan Stuart Graf
Alan Stuart Graf P.C.
316 Second Rd
Summertown, TN 38483

              Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

David J. Burdett
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075

        Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation (#23) on June 7, 2012, in which he recommends that this Court reverse the Commissioner's decision and remand for a finding of disability and an award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CONCLUSION

The Court adopts Magistrate Judge Jelderks's Findings and Recommendation (#23). Accordingly, the Commissioner's decision is reversed, and this action is remanded for a finding of disability and an award of benefits.

IT IS SO ORDERED.

DATED this 9th day of July, 2012.

MARCO A. HERNANDEZ
United States District Judge